THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES PESS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

VICTOR B. GRACE, Respondent, v. WILFRED A. OPENHYM, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents.

MARIAN R. ABERCROMBIE, Appellant, v. BROWN & SECCOMB, a New York Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MARCH, 1941.
### (March 3, 1941.)

In the Matter of the Judicial Settlement of the Final Account of Proceedings of IRVING TRUST COMPANY and ROBERT T. SHELDON (Appointed by the New York Supreme Court, County of Kings, to Execute, as Trustees, the Remaining and Unexecuted Trusts Created under the Last Will and Testament of JOSEPH BATTELL, Deceased), as Trustees of the Trust for ELLEN B. STOECKEL under the Will of JOSEPH BATTELL, Deceased. IRVING TRUST COMPANY, as Trustee of the Trust for ELLEN B. STOECKEL under the Will of JOSEPH BATTELL, Deceased, Petitioner; ROSA E. TUTTLE, Respondent; WINIFRED M. SHELDON, as Executrix, etc., ' of ROBERT T. SHELDON, Deceased, and Others, Appellants.— The motion is referred to the court that rendered the decision. [See ante, p. 120.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. Motion for reargument denied, without costs. On the court's own motion the opinion herein is amended by striking from the eighth paragraph (ante, p. 123), the words " because this inheritance is one " and substituting in place thereof the words " as though it were an inheritance." Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANGELO COGLIANO, an Attorney and Counselor at Law.— Respondent was admitted to the bar in 1913. (1) In 1939 he received a sum of money to be held by him until the happening of a certain event. The event has taken place and respondent has failed to account for a considerable part of the money. (2) In 1932 he received a sum of money to be used in settlement of a claim against a client. The claim was not settled and respondent failed to account for the money until several years later, after complaint had been made against him. Respondent is suspended from the practice of the law for a period of one year. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.